STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:22-CR-00178-YGR |
| Plaintiff, | STIPULATION TO VACATE AND RESET THE STATUS HEARING AND TO EXCLUDE TIME FROM MAY 18, 2022, TO JUNE 15, 2022, AND ORDER |
| v. | |
| YENY LIZETH FERNANDEZ-REYES, | |
| Defendant. | |

The parties stipulate, agree, and jointly request that the Court vacate the status hearing scheduled for Wednesday, May 18, 2022, at 10:30 a.m. and reset it before the Honorable Judge Yvonne Gonzalez Rogers for Wednesday, June 15, 2022, at 1:00 p.m. On May 16, 2022, the Court issued an order reassigning the above-mentioned case to the Honorable Judge Gonzalez Rogers and relating it to cases CR-21-273-YGR and CR-22-76-YGR. On May 17, 2022, counsel for the government conferred with the Courtroom Deputy for the Honorable Judge Gonzalez Rogers who confirmed the Court's availability for a status hearing at the aforementioned date and time.

It is further stipulated by and between counsel for the United States and counsel for the defendant, Yeny Lizeth Fernandez-Reyes, that time be excluded under the Speedy Trial Act, from Wednesday, May 18, 2022, through Wednesday, June 15, 2022.

1   The government and counsel for the defendant agree that time be excluded under the Speedy

2   Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already

3   produced. For this reason, the parties stipulate and agree that excluding time until Wednesday, June 15,

4   2022, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The

5   parties further stipulate and agree that the ends of justice served by excluding the time from Wednesday,

6   May 18, 2022, through Wednesday, June 15, 2022, from computation under the Speedy Trial Act

7   outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

8   (B)(iv).

9   The undersigned Assistant United States Attorney certifies that he has obtained approval from

10   counsel for the defendant to file this stipulation and proposed order.

11   IT IS SO STIPULATED.

12   DATED: May 17, 2022                    _____/s/_____
                                          BENJAMIN K. KLEINMAN
13                                          Assistant United States Attorney

14
      DATED: May 17, 2022                    _____/s/_____
15                                          SHAFFY MOEL
                                          Counsel for Defendant YENY LIZETH FERNANDEZ-REYES
16

17

18                                          **ORDER**

19   Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

20   Court hereby vacates the status conference scheduled for May 18, 2022, at 10:30 a.m. and reschedules it

21   for June 15, 2022, at 1:00 p.m. before the Honorable Judge Yvonne Gonzalez Rogers.

22   The Court finds that failing to exclude the time from Wednesday, May 18, 2022, through

23   Wednesday, June 15, 2022, would unreasonably deny defense counsel and the defendant the reasonable

24   time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

25   3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from

26   Wednesday, May 18, 2022, to Wednesday, June 15, 2022, from computation under the Speedy Trial Act

27   outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the

28   consent of the parties, IT IS HEREBY ORDERED that the time from Wednesday, May 18, 2022,

STIPULATION TO VACATE AND RESET HEARING AND EXCLUDE TIME
Case No. 4:22-cr-00178-YGR                                                    v. 7/10/2018

1   through Wednesday, June 15, 2022, shall be excluded from computation under the Speedy Trial Act. 18

2   U.S.C. § 3161(h)(7)(A), (B)(iv).

3

4         IT IS SO ORDERED.

5

6   DATED:   May 17, 2022

7

8                                                              _____
9                                                              The Hon. DONNA M. RYU
                                                               United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28