MOEEL LAH FAKHOURY LLP
Shaffy Moeel (State Bar No. 238732)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:  (510) 500-9994
Email:      shaffy@mlf-llp.com

Attorneys for Yeny Fernandez Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 20-CR-250-YGR |
| Plaintiff, | 22-CR-178-YGR |
| v. | |
| YENY LIZETH FERNANDEZ-REYES, | **JOINT STATUS REPORT AND REQUEST TO VACATE OR CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| Defendant. | **Court:** Courtroom 1, 4th Floor<br>**Hearing Date:** December 8, 2022<br>**Hearing Time:** 2:00 p.m. |

On July 28, 2022, Ms. Yeny Lizeth Fernandez-Reyes pled guilty to one count of Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of Fentanyl in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)(vi) in 22-CR-178-YGR. Dkt. 190. The parties hereby submit a joint status report and request that the sentencing hearing in 22-CR-178-YGR, which is scheduled for Thursday, December 8, 2022, be vacated and rescheduled for March 23, 2023, for the reasons outlined below.

Ms. Fernandez-Reyes is also charged in this district in case number 20-CR-250-YGR. On August 11, 2022, 20-CR-250 was related to the instant case, 22-CR-178, and both cases were assigned to this Court. Dkt. 193. Ms. Fernandez-Reyes has already been interviewed by the U.S. Probation Office for preparation of her pre-sentence report in 22-CR-178. However, since the cases have now been related, it is the parties request that Ms. Fernandez-Reyes appear for sentencing before this Court once both of her cases have resolved. The parties are still working toward a disposition in case number 20-CR-250 but anticipate that they will be able to reach a resolution in the next few weeks. The parties thus request that the sentencing hearing in 22-CR-178-YGR, which is scheduled for December 8, 2022, be vacated and reset for March 23, 2023, in anticipation that this date will go forward as the consolidated sentencing hearing in both cases.

JOINT STATUS REPORT AND REQUEST TO VACATE OR CONTINUE SENTENCING HEARING
*United States v. Fernandez*, 20-CR-250-YGR AND 22-CR-178-YGR

1

Dated:   December 7, 2022              Respectfully submitted,

                                        MOEEL LAH FAKHOURY LLP


                                        /s/ Shaffy Moeel

                                        Attorneys for Ms. Fernandez Reyes


                                        STEPHANIE M. HINDS
                                        UNITED STATES ATTORNEY

                                        /s/  Alexis James
                                        /s/ Benjamin K. Kleinman
                                        Assistant United States Attorneys


[PROPOSED] ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Ms. Fernandez-Reyes's sentencing hearing on December 8, 2022, in case number 22-CR-178-YGR be vacated and reset for March 23, 2023.

IT IS SO ORDERED.


DATED:                                  _____
                                        HON. YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE